**Order entered July 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00183-CV

### SANTOS NAVARRO ROSALES, Appellant

### V.

### LONE STAR CORRUGATED CONTAINER CORPORATION, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14021**

## ORDER

Before the Court is appellant's June 27, 2019 unopposed motion for an extension of time to file his reply brief. We **GRANT** the motion. We **ORDER** the reply brief tendered to this Court by appellant on July 1, 2019 filed as of the date of this order.

/s/    ERIN A. NOWELL
        JUSTICE